**\*\* E-filed October 31, 2011 \*\***

Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Benjamin R. Lemke (Cal. Bar No. 271706)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: kspelman@mount.com; dfingerman@mount.com;
           blemke@mount.com

Counsel for Watercraft Superstore Inc.

U.S. District Court
Northern District of California, San Jose Division

| | |
|---|---|
| West Marine Inc.<br><br>　　　　Plaintiff<br><br>vs.<br><br>Watercraft Superstore Inc.<br><br>　　　　Defendant | Case No. 5:11-cv-04459-HRL<br><br>**Stipulation and [Proposed] Order** |

1  The parties in this case have reached a stipulation that they jointly request to be entered as an
2  order of the Court.  This stipulation to allow Defendant Watercraft Superstore Inc. ("Watercraft") to
3  conduct limited venue discovery regarding Watercraft's motion to dismiss or, in the alternative,
4  transfer venue, is entered into by and between Plaintiff West Marine Inc. ("West Marine") and
5  Defendant through their counsel of record.

**RECITALS**

7  This Stipulation is entered into with reference to the following facts:

8  A.  On August 11, 2011, West Marine filed its Complaint against Watercraft, in the
9  Superior Court for the State of California, County of Santa Cruz.

10  B.  On September 7, 2011, Watercraft filed its notice of removal, removing this case
11  from the Superior Court for the State of California, County of Santa Cruz, to the United States
12  District Court for the Northern District of California.

13  C.  On September 14, 2011, Watercraft filed its motion to dismiss the Complaint or, in
14  the alternative, transfer venue to the Middle District of Florida.  The motion alleges that this Court
15  has no personal jurisdiction over Watercraft and that, if the Complaint is not dismissed, the Middle
16  District of Florida is a more convenient and appropriate venue and the case should, thus, be
17  transferred.  Watercraft's motion was originally set to be heard before this Court on October 25,
18  2011, but has since been continued.  The parties previously stipulated to extend the briefing schedule
19  such that West Marine's opposition is due on or before December 14, 2011, and Watercraft's reply
20  will be filed on or before December 21, 2011.

21  D.  Counsel for Plaintiff and Defendant have met and conferred in writing and
22  telephonically regarding an agreement by which Watercraft would be permitted to take limited venue
23  discovery.

**STIPULATION**

25  Based upon the foregoing, the parties hereby stipulate, by and through their counsel of record,
26  as follows:

27  1.  Watercraft will serve interrogatories, requests for admission, and/or requests for
28  production of documents on venue issues on or before ~~October 28~~ November 2, 2011.

Case No. 5:11-cv-04459-HRL                                                                                        Page 1
Stipulation and ~~[Proposed]~~ Order

1     2.      All discovery discussed in this Stipulation will be limited to venue issues.

Date: October 26, 2011      Respectfully submitted,

Mount, Spelman & Fingerman, P.C.
/s/ Benjamin R. Lemke
Counsel for Watercraft Superstore Inc.

Date: October 26, 2011      Greenberg Traurig, LLP
/s/ Lisa McCurdy
Counsel for West Marine, Inc.

As the attorney electronically filing this document, I attest that each above signatory has concurred in this filing.

Date: October 26, 2011      Mount, Spelman & Fingerman, P.C.
/s/ Benjamin R. Lemke
Counsel for Watercraft Superstore Inc.

Pursuant to stipulation, it is so ordered.

Date: __October 31__ ,2011

_____
Honorable Howard R. Lloyd
United States District Court Magistrate Judge