** E-filed December 12, 2011 **

**GREENBERG TRAURIG, LLP**
Ian C. Ballon (SBN 141819)
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Main number: (650) 328-8500
Direct fax: (650) 462-7881
Email: ballon@gtlaw.com

**GREENBERG TRAURIG, LLP**
Lisa C. McCurdy (SBN 228755)
2450 Colorado Avenue, Suite 400 East
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: mccurdyl@gtlaw.com

Attorneys for Plaintiff, West Marine, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| WEST MARINE, INC. <br><br>　　　　Plaintiff, <br><br>vs. <br><br>WATERCRAFT SUPERSTORE, INC., and DOES 1 through 50, inclusive, <br><br>　　　　Defendants. | CASE NO. 5:11-cv-04459-HRL <br><br> STIPULATION AND [PROPOSED] ORDER |

The parties in this case have reached a stipulation that they jointly request to be entered as an order of the Court. This stipulation revising the previously proposed and approved briefing schedule regarding Defendant Watercraft Superstore's motion to dismiss or, in the alternative, transfer venue, is entered into by and between Plaintiff and Defendant through their counsel of record.

## RECITALS

This Stipulation is entered into with reference to the following facts:

A.   The parties' prior stipulation, as modified by the Court, provided that the deposition of Defendant regarding jurisdictional matters would be completed no later than December 19, 2011, set December 14, 2011, as the deadline for Plaintiff to file its opposition to Defendant's motion to dismiss or, in the alternative, transfer ("motion"), and set December 21, 2011, as the deadline for Defendant to file its reply.

B.   Following the parties' prior stipulation the Court set a hearing date of January 10, 2012, on Defendant's motion.

C.   Due to scheduling conflicts, the parties were unable to schedule the deposition in the month of November, and Defendant is not available in the month of December or prior to January 13. As a result, the parties have been unable to schedule the deposition prior to the December 19 date ordered by the Court.

D.   Plaintiff and Defendant have agreed to extend the deadline for the Defendant to appear for its deposition in connection with the pending motion provided that the briefing and hearing schedule on the motion is extended accordingly.

## STIPULATION

Based upon the foregoing, the parties hereby stipulate, by and through their counsel of record, as follows:

1.   Defendant's deposition shall take place on January 13, 2012.

2.   The time for Plaintiff to respond to Defendant's motion to dismiss shall be extended to January 25, 2012. Plaintiff will file its opposition to Defendant's motion to

1  dismiss on or before January 25, 2012, and Defendant's reply in support of its motion to
2  dismiss will be filed on or before February 1, 2012.
3       3.      The hearing on Defendant's motion to dismiss shall be continued to ~~a date~~
4  ~~and time to be set by the Court, following the filing of Defendant's reply.~~
5  February 14, 2012 at 10:00 a.m. The court is disinclined to grant any further continuance of the motion to dismiss.

Dated: December 5, 2011          Respectfully submitted,

                                 GREENBERG TAURIG, LLP


                                 By: /s/ Lisa C. McCurdy
                                     LISA C. McCURDY
                                     Attorneys for Plaintiff
                                     WEST MARINE, INC.


DATED: December 5, 2011          MOUNT, SPELMAN & FINGERMAN, P.C.


                                 By: /s/ Daniel H. Fingerman
                                     DANIEL H. FINGERMAN
                                     Attorneys for Defendant
                                     WATERCRAFT
                                     SUPERSTORE, INC.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  December 12 , 2011

                                 _____
                                 HON. HOWARD R. LLOYD
                                 UNITED STATES DISTRICT COURT
                                 MAGISTRATE JUDGE

GENERAL ORDER NO. 45 DECLARATION

I, Lisa C. McCurdy, hereby attest that I obtained concurrence in the filing of the document by all other signatories to this stipulation and proposed order.

Dated: December 5, 2011

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: /s/ Lisa C. McCurdy
LISA C. McCURDY
Attorneys for Plaintiff
WEST MARINE, INC.