**GREENBERG TRAURIG, LLP**
Ian C. Ballon (SBN 141819)
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 462-7881
Email:  ballon@gtlaw.com

**GREENBERG TRAURIG, LLP**
Lisa C. McCurdy, SB# 228755
Lori Chang, SB# 228142
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2101
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Attorneys for plaintiff, West Marine, Inc.

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Allen Ruby (SBN 47109)
Thomas Christopher (SBN 185928)
Chandra S. Snyder (SBN 271769)
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

Attorneys for defendant,
Watercraft Superstore, Inc.

**\*\*E-FILED: FEBRUARY 12, 2013\*\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WEST MARINE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WATERCRAFT SUPERSTORE, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No.: 5:11-04459 HRL <br><br> **STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINES IN LIGHT OF TENTATIVE AGREEMENT REGARDING SETTLEMENT** <br><br> **(MODIFIED BY THE COURT)** <br><br> Judge:    Magistrate Judge Howard R. Lloyd |

**STIP TO EXTEND EXPERT DISCOVERY DEADLINES; [PROPOSED] ORDER**   Case No.: 5:11-04459 HRL

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, the deadline to submit rebuttal expert reports is currently set for February 15, 2013;

WHEREAS, the parties, Plaintiff West Marine, Inc. ("West Marine") and Defendant Watercraft Superstore, Inc. ("Watercraft"), have reached a tentative agreement concerning the settlement of all claims in this action;

WHEREAS, in light of this tentative agreement, the parties have stipulated, subject to approval of the Court, to extend the rebuttal expert report deadline and the related cut-off for expert discovery by one week;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between West Marine and Watercraft, through their counsel of record, as follows:

1.  The deadline to submit rebuttal expert reports, currently scheduled for ~~February 15,~~ January 25, 2013, ~~2013,~~ will be extended to February 22, 2013;

2.  The expert discovery cutoff, currently scheduled for ~~February 25, 2013~~ February 15, 2013, will be extended to March 4, 2013;

2.  The parties will apprise the Court of any further developments regarding settlement.

Dated: February 12, 2013          Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Allen Ruby_____
    ALLEN RUBY
    Attorneys for Defendant
    WATERCRAFT SUPERSTORE, INC.

I, Allen Ruby, am the ECF User whose ID and password are being used to file this Stipulation To Extend Expert Discovery Deadlines In Light Of Tentative Agreement Regarding Settlement and [Proposed] Order. In compliance with General Order 45, X.B., I attest that the following signatory has concurred in this filing.

1 | DATED:  February 12, 2013           GREENBERG TRAURIG, LLP

2

3                                       By: /s/ Ian C. Ballon
                                            IAN C. BALLON
4                                           Attorneys for Plaintiff
                                            WEST MARINE, INC.
5

6

7

8 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

9 |   The Court does not intend to extend the deadline for hearings on dispositive motions.

10 | DATED: February 12, 2013

11

12                                         HON. HOWARD R. LLOYD
                                           UNITED STATES DISTRICT COURT
13                                         MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**STIP TO EXTEND EXPERT DISCOVERY DEADLINES; [PROPOSED] ORDER**     Case No.: 5:11-04459 HRL