**GREENBERG TRAURIG, LLP**
Ian C. Ballon (SBN 141819)
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 462-7881

**GREENBERG TRAURIG, LLP**
Lisa C. McCurdy, SB# 228755
Wendy M. Mantell, SB# 225544
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2101
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Attorneys for plaintiff, West Marine, Inc.

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Allen Ruby (SBN 47109)
Thomas Christopher (SBN 185928)
Chandra S. Russell (SBN 271769)
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

Attorneys for defendant,
Watercraft Superstore, Inc.

**\*E-FILED: February 19, 2013\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WEST MARINE, INC.,<br><br>        Plaintiff,<br><br>    vs.<br><br>WATERCRAFT SUPERSTORE, INC.,<br><br>       Defendant.<br><br><br>AND RELATED COUNTERCLAIMS | Case No.: 5:11-04459 HRL<br><br>**STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINES IN LIGHT OF CONTINUING NEGOTIATIONS REGARDING SETTLEMENT**<br><br>Judge:    Magistrate Judge<br>          Howard R. Lloyd |

1

## STIPULATION AND [PROPOSED] ORDER

2    WHEREAS, pursuant to the Court's February 12, 2013 order (Docket No. 88), the deadline

3 to submit rebuttal expert reports is currently set for February 22, 2013;

4    WHEREAS, the parties, Plaintiff West Marine, Inc. ("West Marine") and Defendant

5 Watercraft Superstore, Inc. ("Watercraft"), have reached a tentative agreement concerning the

6 settlement of all claims in this action, and are continuing to negotiate the terms of that agreement;

7    WHEREAS, in light of this tentative agreement, the parties have stipulated, subject to

8 approval of the Court, to extend the rebuttal expert report deadline and the related cut-off for expert

9 discovery by five business days;

10    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between

11 West Marine and Watercraft, through their counsel of record, as follows:

12    1.    The deadline to submit rebuttal expert reports, currently scheduled for February 22,

13 2013, will be extended to March 1, 2013;

14    2.    The expert discovery cutoff, currently scheduled for March 4, 2013, will be

15 extended to March 11, 2013;

16    2.    The parties will apprise the Court of any further developments regarding settlement.

17

18 Dated:  February 15, 2013                    Respectfully submitted,

19                                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

20

21                            By: /s/ Allen Ruby _____
                                 ALLEN RUBY
22                               Attorneys for Defendant
                                 WATERCRAFT SUPERSTORE, INC.

23

24    I, Allen Ruby, am the ECF User whose ID and password are being used to file this
   Stipulation To Extend Expert Discovery Deadlines In Light Of Continuing Negotiations Regarding
25 Settlement and [Proposed] Order.  In compliance with General Order 45, X.B., I attest that the
   following signatory has concurred in this filing.
26

27

28

1  DATED:  February 15, 2013                    GREENBERG TRAURIG, LLP

2

3                                               By: /s/ Wendy M. Mantell_____
                                                    WENDY M. MANTELL
4                                                   Attorneys for Plaintiff
                                                    WEST MARINE, INC.
5

6

7

8  PURSUANT TO STIPULATION, IT IS SO ORDERED.

9

10 DATED: February 19 , 2013

11                                              _____

12                                              HON. HOWARD R. LLOYD
                                                UNITED STATES DISTRICT COURT
13                                              MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIP TO EXTEND EXPERT DISCOVERY DEADLINES; [PROPOSED] ORDER**   Case No.: 5:11-04459 HRL