| | |
|---|---|
| **GREENBERG TRAURIG, LLP** <br> Ian C. Ballon (SBN 141819) <br> 1900 University Avenue, 5th Floor <br> East Palo Alto, CA 94303 <br> Telephone: (650) 328-8500 <br> Facsimile: (650) 462-7881 <br><br> **GREENBERG TRAURIG, LLP** <br> Lisa C. McCurdy, SB# 228755 <br> Wendy M. Mantell, SB# 225544 <br> 1840 Century Park East, Suite 1900 <br> Los Angeles, CA 90067-2101 <br> Telephone: (310) 586-7700 <br> Facsimile: (310) 586-7800 <br><br> Attorneys for plaintiff, West Marine, Inc. | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** <br> Allen Ruby (SBN 47109) <br> Thomas Christopher (SBN 185928) <br> Chandra S. Russell (SBN 271769) <br> 525 University Avenue, Suite 1100 <br> Palo Alto, CA 94301 <br> Telephone: (650) 470-4500 <br> Facsimile: (650) 470-4570 <br><br> Attorneys for defendant, <br> Watercraft Superstore, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WEST MARINE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WATERCRAFT SUPERSTORE, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No.: 5:11-04459 HRL <br><br> **STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINES IN LIGHT OF CONTINUING NEGOTIATIONS REGARDING SETTLEMENT** <br><br> Judge:   Magistrate Judge <br>             Howard R. Lloyd |

**STIP TO EXTEND EXPERT DISCOVERY DEADLINES; [PROPOSED] ORDER**   Case No.: 5:11-04459 HRL

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, pursuant to the Court's February 19, 2013 order (Docket No. 90), the deadline to submit rebuttal expert reports is currently set for March 1, 2013;

WHEREAS, the parties, Plaintiff West Marine, Inc. ("West Marine") and Defendant Watercraft Superstore, Inc. ("Watercraft"), have reached a tentative agreement concerning the settlement of all claims in this action, and are continuing to negotiate the terms of that agreement;

WHEREAS, in light of this tentative agreement, the parties have stipulated, subject to approval of the Court, to extend the rebuttal expert report deadline and the related cut-off for expert discovery by five business days;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between West Marine and Watercraft, through their counsel of record, as follows:

1.   The deadline to submit rebuttal expert reports, currently scheduled for March 1, 2013, will be extended to March 8, 2013;

2.   The expert discovery cutoff, currently scheduled for March 11, 2013, will be extended to March 18, 2013;

3.   The parties will apprise the Court of any further developments regarding settlement.

Dated: February 26, 2013            Respectfully submitted,

                                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


                                    By: /s/ Allen Ruby_____
                                        ALLEN RUBY
                                        Attorneys for Defendant
                                        WATERCRAFT SUPERSTORE, INC.


I, Allen Ruby, am the ECF User whose ID and password are being used to file this Stipulation To Extend Expert Discovery Deadlines In Light Of Continuing Negotiations Regarding Settlement and [Proposed] Order.  In compliance with General Order 45, X.B., I attest that the following signatory has concurred in this filing.

1 | DATED: February 26, 2013             GREENBERG TRAURIG, LLP

2

3                                         By: /s/ Wendy M. Mantell
4                                              WENDY M. MANTELL
                                               Attorneys for Plaintiff
5                                              WEST MARINE, INC.

6

7

8 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

9

10 | DATED: March 1, 2013

11

12                                         HON. HOWARD R. LLOYD
                                           UNITED STATES DISTRICT COURT
13                                         MAGISTRATE JUDGE