**GREENBERG TAURIG, LLP**
Ian C. Ballon (SBN 141819)
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 462-7881

**GREENBERG TAURIG, LLP**
Lisa C. McCurdy, SB# 228755
Wendy M. Mantell, SB# 225544
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2101
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Attorneys for plaintiff, West Marine, Inc.

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Allen Ruby (SBN 47109)
Thomas Christopher (SBN 185928)
Chandra S. Russell (SBN 271769)
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for defendant,
Watercraft Superstore, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WEST MARINE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WATERCRAFT SUPERSTORE, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No.: 5:11-04459 HRL <br><br> **STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINES IN LIGHT OF CONTINUING NEGOTIATIONS REGARDING SETTLEMENT** <br><br> Judge:   Magistrate Judge Howard R. Lloyd |

**STIP TO EXTEND EXPERT DISCOVERY DEADLINES; [PROPOSED] ORDER**   Case No.: 5:11-04459 HRL

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, pursuant to the Court's February 19, 2013 order (Docket No. 90), the deadline to submit rebuttal expert reports is currently set for March 1, 2013;

WHEREAS, the parties, Plaintiff West Marine, Inc. ("West Marine") and Defendant Watercraft Superstore, Inc. ("Watercraft"), have reached a tentative agreement concerning the settlement of all claims in this action, and are continuing to negotiate the terms of that agreement;

WHEREAS, in light of this tentative agreement, the parties have stipulated, subject to approval of the Court, to extend the rebuttal expert report deadline and the related cut-off for expert discovery by five business days;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between West Marine and Watercraft, through their counsel of record, as follows:

1. The deadline to submit rebuttal expert reports, currently scheduled for March 1, 2013, will be extended to March 8, 2013;

2. The expert discovery cutoff, currently scheduled for March 11, 2013, will be extended to March 18, 2013;

3. The parties will apprise the Court of any further developments regarding settlement.

Dated: February 26, 2013          Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Allen Ruby_____
    ALLEN RUBY
    Attorneys for Defendant
    WATERCRAFT SUPERSTORE, INC.

I, Allen Ruby, am the ECF User whose ID and password are being used to file this Stipulation To Extend Expert Discovery Deadlines In Light Of Continuing Negotiations Regarding Settlement and [Proposed] Order. In compliance with General Order 45, X.B., I attest that the following signatory has concurred in this filing.

1 | DATED: February 26, 2013              GREENBERG TRAURIG, LLP

2

3                                        By: /s/ Wendy M. Mantell
                                             WENDY M. MANTELL
4                                            Attorneys for Plaintiff
                                             WEST MARINE, INC.
5

6

7

8 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

9

10 | DATED: March 1 , 2013

11

12                                       HON. HOWARD R. LLOYD
                                         UNITED STATES DISTRICT COURT
13                                       MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28