| | |
|---|---|
| **GREENBERG TRAURIG, LLP**<br>Ian C. Ballon (SBN 141819)<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA 94303<br>Telephone: (650) 328-8500<br>Facsimile: (650) 462-7881<br><br>**GREENBERG TRAURIG, LLP**<br>Lisa C. McCurdy, SB# 228755<br>Wendy M. Mantell, SB# 225544<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067-2101<br>Telephone: (310) 586-7700<br>Facsimile: (310) 586-7800<br><br>Attorneys for plaintiff, West Marine, Inc. | **SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP**<br>Allen Ruby (SBN 47109)<br>Thomas Christopher (SBN 185928)<br>Chandra S. Russell (SBN 271769)<br>525 University Avenue, Suite 1100<br>Palo Alto, CA 94301<br>Telephone: (650) 470-4500<br>Facsimile:  (650) 470-4570<br><br><br>Attorneys for defendant,<br>Watercraft Superstore, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WEST MARINE, INC.,<br><br>            Plaintiff,<br><br>    vs.<br><br>WATERCRAFT SUPERSTORE, INC.,<br><br>            Defendant.<br><br><br>AND RELATED COUNTERCLAIMS | Case No.: 5:11-04459 HRL<br><br>**STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINES IN LIGHT OF CONTINUING NEGOTIATIONS REGARDING SETTLEMENT**<br><br>Judge:       Magistrate Judge<br>                  Howard R. Lloyd |

**STIP TO EXTEND EXPERT DISCOVERY DEADLINES; [PROPOSED] ORDER**     Case No.: 5:11-04459 HRL

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, pursuant to the Court's March 1, 2013 order (Docket No. 92), the deadline to submit rebuttal expert reports is currently set for March 8, 2013;

WHEREAS, the parties, Plaintiff West Marine, Inc. ("West Marine") and Defendant Watercraft Superstore, Inc. ("Watercraft"), have reached a tentative agreement concerning the settlement of all claims in this action, and are continuing to negotiate the terms of that agreement;

WHEREAS, in light of this tentative agreement, the parties have stipulated, subject to approval of the Court, to extend the rebuttal expert report deadline and the related cut-off for expert discovery by five business days;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between West Marine and Watercraft, through their counsel of record, as follows:

1. The deadline to submit rebuttal expert reports, currently scheduled for March 8, 2013, will be extended to March 15, 2013;

2. The expert discovery cutoff, currently scheduled for March 18, 2013, will be extended to March 22, 2013;

3. The parties will apprise the Court of any further developments regarding settlement.

Dated:  March 5, 2013                Respectfully submitted,

                                     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


                                     By: /s/ Allen Ruby
                                          ALLEN RUBY
                                          Attorneys for Defendant
                                          WATERCRAFT SUPERSTORE, INC.


I, Allen Ruby, am the ECF User whose ID and password are being used to file this Stipulation To Extend Expert Discovery Deadlines In Light Of Continuing Negotiations Regarding Settlement and [Proposed] Order.  In compliance with General Order 45, X.B., I attest that the following signatory has concurred in this filing.

1 | DATED: March 5, 2013                    GREENBERG TAURIG, LLP
2
3                                            By: /s/ Wendy M. Mantell
4                                                WENDY M. MANTELL
                                                 Attorneys for Plaintiff
5                                                WEST MARINE, INC.
6
7
8 | PURSUANT TO STIPULATION, IT IS SO ORDERED.
9
10 | DATED:  March 8 , 2013
11
12                                            HON. HOWARD R. LLOYD
                                              UNITED STATES DISTRICT COURT
13                                            MAGISTRATE JUDGE