| | |
|---|---|
| GREENBERG TRAURIG, LLP<br>Ian C. Ballon (SBN 141819)<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA 94303<br>Telephone: (650) 328-8500<br>Facsimile: (650) 462-7881<br><br>GREENBERG TRAURIG, LLP<br>Lisa C. McCurdy, SB# 228755<br>Wendy M. Mantell, SB# 225544<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067-2101<br>Telephone: (310) 586-7700<br>Facsimile: (310) 586-7800<br><br>Attorneys for plaintiff, West Marine, Inc. | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>Allen Ruby (SBN 47109)<br>Thomas Christopher (SBN 185928)<br>Chandra S. Russell (SBN 271769)<br>525 University Avenue, Suite 1100<br>Palo Alto, CA 94301<br>Telephone: (650) 470-4500<br>Facsimile:  (650) 470-4570<br><br>Attorneys for defendant,<br>Watercraft Superstore, Inc. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| WEST MARINE, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WATERCRAFT SUPERSTORE, INC.,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 5:11-04459 HRL<br><br>**STIPULATION RE: DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE**<br><br>Judge:　　Magistrate Judge<br>　　　　　　Howard R. Lloyd |

## STIPULATION RE: DISMISSAL

Plaintiff West Marine, Inc. ("Plaintiff") and Defendant Watercraft Superstore, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate and agree that the above-captioned action, including all claims and counterclaims, be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

DATED: March 29, 2013            GREENBERG TRAURIG, LLP


By: /s/ Wendy M. Mantell
WENDY M. MANTELL
Attorneys for Plaintiff
WEST MARINE, INC.

DATED: March 29, 2013            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


By: /s/ Allen Ruby
ALLEN RUBY
Attorneys for Defendant
WATERCRAFT SUPERSTORE, INC.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 1840 Century Park East, Suite 1900, Los Angeles, CA 90067-2121.

On March 29, 2013, I served the document(s) described as: **STIPULATION RE: DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, postage prepaid, addressed as follows:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Allen Ruby
Thomas Christopher
Chandra S. Russell
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for defendant,
Watercraft Superstore, Inc

☒ **(BY CM/ECF)**
Pursuant to CM/ECF System, registration as a CM/ECF user constitutes service through the Court's transmission of facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 29, 2013, at Los Angeles, California.

/s/ Alexia Heatherly
Alexia Heatherly